# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 04, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Belcourt, Nathan | Docket No. | 2:20CR00183-TOR-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nathan Belcourt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 14th day of December 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Nathan Belcourt is alleged to have violated his conditions of pretrial release supervision by ingesting methamphetamine on or about February 14, 2021.

On December 15, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Belcourt. Mr. Belcourt acknowledged an understanding of the conditions, which included standard condition number 9.

On February 16, 2021, Mr. Belcourt reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine.  Mr. Belcourt denied using any illegal controlled substances at that time.

On February 18, 2021, the undersigned officer confronted Mr. Belcourt about his presumptive positive test for amphetamine and methamphetamine.  Mr. Belcourt verbally admitted to ingesting methamphetamine on or about February 14, 2021.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| | Executed on:    March 4, 2021 |
| by | s/Erik Carlson |
| | Erik Carlson
U.S. Pretrial Services Officer |

**PS-8**
**Re: Belcourt, Nathan**
**March 4, 2021**
**Page 2**

THE COURT ORDERS

[X]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

March 4, 2021
_____
Date