# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Belcourt, Nathan | Docket No. | 2:20CR00183-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nathan Belcourt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 14th day of December 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and can include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Nathan Belcourt is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about June 10, 2021.

On December 15, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Belcourt. Mr. Belcourt acknowledged an understanding of the conditions, which included standard condition number 9.

On June 11, 2021, Mr. Belcourt contacted the undersigned officer to report he was scheduled to submit to random urinalysis testing at Pioneer Human Services on that date. Mr. Belcourt admitted to the undersigned officer that his urine specimen would test positive for methamphetamine due to ingesting the substance on or about June 10, 2021.

Subsequently, Mr. Belcourt reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. Belcourt signed a substance abuse admission form acknowledging he used illegal controlled substances on June 10, 2021.

**Violation #2:** Nathan Belcourt is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing at Pioneer Human Services on May 14, 2021.

On December 15, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Belcourt. Mr. Belcourt acknowledged an understanding of the conditions, which included additional condition number 27.

Also on December 15, 2020, the undersigned officer referred Mr. Belcourt to the random urinalysis testing program at Pioneer Human Services (PHS). Mr. Belcourt was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing.

Available records indicate Mr. Belcourt failed to appear for random drug testing at PHS on May 14, 2021.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: June 16, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

June 16, 2021
Date