✎ PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Belcourt, Nathan | Docket No. | 2:20CR00183-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nathan Belcourt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 14th day of December 2020, under the following conditions:

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and can include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #3:** Nathan Belcourt is alleged to have violated the conditions of pretrial release supervision by failing to submit to urinalysis at Pioneer Human Services (PHS) on June 22, 2021.

On December 15, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Belcourt. Mr. Belcourt acknowledged an understanding of the conditions, which included additional condition number 27.

Also on December 15, 2020, the undersigned officer referred Mr. Belcourt to the random drug testing program at PHS. Mr. Belcourt was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing.

On June 22, 2021, at 4:30 p.m., Mr. Belcourt reported to PHS for random drug testing. Available records indicate Mr. Belcourt stalled and did not submit to random drug testing on that date.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: July 6, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

July 6, 2021
Date