PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2021

SEAN F. MCAVOY, CLERK

# United States District Court

## Eastern District of Washington

United States of America          )
                                  )
          vs                      )
                                  )
Nathan Belcourt                   )          Case No.: 2:20CR00183-TOR-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Nathan Belcourt, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

**Modified Condition:** The defendant shall participate in a mental health evaluation and attend any recommended treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   8-11-21   _____   8-11-2021
Signature of Defendant          Date        Pretrial Services/Probation Officer   Date

Nathan Belcourt                             Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              8.11.21
Signature of Defense Counsel          Date

Roger Peven

[x]     The above modification of conditions of release is ordered, to be effective on 8/12/21 .

[ ]     The above modification of conditions of release is not ordered.

_____              August 12, 2021
Signature of Judicial Officer         Date

John T. Rodgers