# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 02, 2022**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Belcourt, Nathan | Docket No. | 0980 2:20CR00183-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nathan Belcourt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 14th day of December 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Nathan Belcourt is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on January 5, 2022.

On December 15, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Belcourt. Mr. Belcourt acknowledged an understanding of the conditions, which included standard condition number 9.

On January 5, 2022, Mr. Belcourt reported to Pioneer Human Services (PHS) and provided a urine sample that tested presumptive positive for the presence of benzodiazepine, amphetamine and methamphetamine. Mr. Belcourt denied using the aforementioned substances at that time. Subsequently, the urine specimen was sent to Alere Toxicology Services (Alere).

On January 17, 2022, Alere confirmed the above-noted urine specimen tested negative for the presence of benzodiazepine.

On January 20, 2022, Alere confirmed the aforementioned urine specimen tested positive for the presence of amphetamine and methamphetamine.

On January 25, 2022, the undersigned officer confronted Mr. Belcourt about his use of amphetamine and methamphetamine. Mr. Belcourt denied he used methamphetamine prior to his urinalysis on January 5, 2022. He said he had been ingesting over-the-counter cold medication prior to this urinalysis.

**Violation #2:** Nathan Belcourt is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on January 21, 2022.

On December 15, 2020, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Belcourt. Mr. Belcourt acknowledged an understanding of the conditions, which included standard condition number 9.

On January 21, 2022, Nathan Belcourt reported to PHS and provided a urine specimen. Available records from PHS indicate the urine specimen tested negative for controlled substances. However, Mr. Belcourt signed a substance abuse admission form acknowledging the use of a prohibited controlled substance on January 20, 2022. Subsequently, the urine specimen was sent to Alere for further analysis.

Re: Belcourt, Nathan
February 1, 2022
Page 2

On January 25, 2022, the undersigned officer confronted Mr. Belcourt about his use of illegal controlled substances. Mr. Belcourt admitted he ingested methamphetamine on January 20 and 21, 2022.

On January 31, 2022, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 1, 2022

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ x ]   No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

James P Hutton
Signature of Judicial Officer

February 2, 2022