# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Belcourt, Nathan | Docket No. | 0980 2:20CR00183-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Nathan Belcourt, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 14th day of December 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 15, 2020, the conditions of pretrial release supervision were reviewed and signed by Nathan Belcourt, acknowledging an understanding of his conditions.

**Violation #1:** Nathan Belcourt is alleged to have violated the conditions of pretrial release by testing positive for the presence of amphetamine and methamphetamine on March 2, 2022.

On March 2, 2022, Mr. Belcourt reported to Pioneer Human Services (PHS) and provided a urine sample that tested positive for the presence of amphetamine and methamphetamine. Mr. Belcourt signed a substance abuse admission form admitting he ingested an illegal controlled substance on March 1, 2022. Subsequently, the urine specimen was sent to Alere Toxicology Services (Alere) for confirmation.

On March 12, 2022, Alere confirmed the above-noted urine sample tested positive for the presence of amphetamine and methamphetamine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: March 14, 2022 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Belcourt, Nathan
March 14, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ X ]  The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ X ]  Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

March 14, 2022